*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:07-cr-00014-MP-AK

DANIEL M KLEIN,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 105, First Motion to Continue Trial by Daniel M Klein.  A teleconference was held on September 14, 2007, in which the government indicated it had no objection to this continuance.  The motion is granted, and the trial is hereby reset to the trial term beginning Tuesday, October 9, 2007.  By making the motion, the defendant waives his speedy trial rights with regard to this continuance.

**DONE AND ORDERED** this  *25th*   day of September, 2007

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge