IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF FLORIDA
(Gainesville Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v.    ) | | Docket No.  1:07CR14-005 |
| ) | | |
| DANIEL KLEIN    ) | | |

## ORDER

The defendant appeared before the Court on October 18, 2007, to enter a plea to the charges in this case. During the hearing, the defendant, through counsel, made a verbal request to modify the conditions of his pretrial release. The defendant requested that the conditions of home confinement with electronic monitoring and curfew be removed.

The request is granted and the conditions of pretrial release that require the defendant to submit to electronic monitoring with home confinement and curfew is hereby removed.

All other terms and conditions of release shall remain in full force and effect.

**DONE AND ORDERED** this 31st day of October, 2007.

_____
MAURICE M. PAUL, SENIOR
UNITED STATES DISTRICT JUDGE

October 31, 2007
_____
DATE