IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                     CASE NO. 1:07-cr-00014-MP-AK

DANIEL M KLEIN,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 185, Motion to Continue Sentencing by Daniel M

Klein.  A teleconference was held on January 11, 2008, during which the government agreed to

the continuance.  As noted during the teleconference, the motion is granted and sentencing is

hereby reset for Thursday, March 27, 2008, at 10:00 a.m.


     **DONE AND ORDERED** this *11th*  day of January, 2008


*     s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge