IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:07-cr-00014-MP-AK

DANIEL M KLEIN,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 236, Motion to Continue Sentencing by Daniel M Klein. The government does not object to the continuance and by making the motion, the motion is granted and sentencing is reset for July 17, 2008, at 3:00 p.m

**DONE AND ORDERED** this _27th_ day of May, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge